53(B)

FILED

JAN 0 6 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                    Case No.: 2:09-bk-06979-RTBP

ANDREW C BAILEY                           Chapter: 11
*Debtor(s)*

ANDREW C. BAILEY                          Adversary No.: 2:09-ap-01727-RTBP
*Plaintiff(s)*

v.

WELLS FARGO BANK NA
et al.
*Defendant(s)*

# CERTIFICATE OF SERVICE

I, __Andrew C. Bailey__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __12/31/2009__ by: __Andrew C. Bailey by:__

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

John Stumpf, CEO (or the Person most familiar with Wells Fargo Account # 0060412178)
Wells Fargo & Company
420 Montgomery St.
San Francisco, CA 94163

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

---

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __1/2/2010__         __Andrew P.__
                              (Signature)

__Andrew C. Bailey__
(Print Name)

__2500 N. Page Springs Rd__
(Business Address)

__Cornville, AZ 86325__
(City, State, Zip Code)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94163    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.22 | 0942 |
| Certified Fee | $2.80 | 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.10 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees $ | $5.12 | 12/31/2009 |

Sent To: __John Stumpf / Wells Fargo__
Street, Apt. No.; or PO Box No. __420 Montgomery St__
City, State, ZIP+4 __San Francisco, CA 94163__

7007 0820 0000 6811 7968

PS Form 3800, August 2006           See Reverse for Instructions

01/06/2010