153(A)

FILED
JAN 0 6 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:09-bk-06979-RTBP

ANDREW C BAILEY  Chapter: 11
*Debtor(s)*

---

ANDREW C. BAILEY  Adversary No.: 2:09-ap-01727-RTBP
*Plaintiff(s)*

v.

WELLS FARGO BANK NA
et al.
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, ANDREW C. BAILEY, certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on 12/31/2009 by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Tiffany & Bosco PA, Attention Leonard McDonald
2525 East Camelback Rd Suite 300
Phoenix AZ 85016

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

---

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 1/2/2010                    _____
                                              (Signature)

ANDREW C. BAILEY
(Print Name)

2500 N. PAGE SPRINGS RD
(Business Address)

CORNVILLE, AZ 86325
(City, State, Zip Code)



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

PHOENIX AZ 85016

| | | |
|---|---|---|
| Postage | $1.22 | 0942 |
| Certified Fee | $2.80 | 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.10 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.12 | 12/31/2009 |

Sent To: Tiffany Bosco PA
Street, Apt. No.; or PO Box No.: 525 E. Camelback Suite 300
City, State, ZIP+4: Phoenix, AZ 85016

PS Form 3800, August 2006         See Reverse for Instructions