12

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

FILED
2010 JAN 12 PM 2:09
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

In re:　　　　　　　　　　　　　　　　　　Case No.: 2:09-bk-06979-RTBP

ANDREW C BAILEY　　　　　　　　　　　　Chapter: 11
*Debtor(s)*

---

ANDREW C. BAILEY　　　　　　　　　　　　Adversary No.: 2:09-ap-01727-RTBP
*Plaintiff(s)*

v.

WELLS FARGO BANK NA
et al.
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, __ANDREW C BAILEY__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __1/4/2010__ by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

First American Title Insurance Company
2910 W 44th St, #210
Phoenix AZ 85018

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

~~First American Title Insurance Company
2910 N. 44th Street #210
Phoenix, AZ 85018~~

01/13/2010

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 1/4/2010

_____
(Signature)

ANDREW C. BAILEY
(Print Name)

2500 N. Page Springs Rd
(Business Address)

Cornville, AZ 86325
(City, State, Zip Code)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:09-bk-06979-RTBP

**ANDREW C BAILEY**  Chapter: 11
*Debtor(s)*

---

**ANDREW C. BAILEY**  Adversary No.: 2:09-ap-01727-RTBP
*Plaintiff(s)*

v.

**WELLS FARGO BANK NA**
et al.
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, ANDREW C BAILEY certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on 1/6/2010 by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Richard K Davis (or the person most knowledgeable about)
US Bank NA as Trustee for WFMBS 2006-AR2
US Bancorp  US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402

01/13/2010

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __1/6/2010__  _____
(Signature)

__ANDREW C. BAILEY__
(Print Name)

__2500 N. Page Springs Rd__
(Business Address)

__Cornville, AZ 86325__
(City, State, Zip Code)



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $1.22 | 0643 |
| Certified Fee | $2.80 | 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.02 | 01/06/2010 |

Sent To: Richard K Davis US Bancorp
Street, Apt. No.; or PO Box No.
City, State, ZIP+4: Minneapolis, MN 55402

PS Form 3800, August 2006        See Reverse for Instructions

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                          Case No.: 2:09-bk-06979-RTBP

ANDREW C BAILEY                                 Chapter: 11
*Debtor(s)*

---

ANDREW C. BAILEY                                Adversary No.: 2:09-ap-01727-RTBP
*Plaintiff(s)*

v.

WELLS FARGO BANK NA
et al.
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, __ANDREW C BAILEY__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __1/4/2010__ by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to: __Attention Legal Dept, First American First Coastar Trustee Svcs, LLC, Mailstop 6-2-266, 1 First American Way, Westlake TX 76262__

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

01/13/2010

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __1/4/2010__          _____*Andrew C. Bailey*_____
                                          (Signature)

__ANDREW C. BAILEY__
(Print Name)

__2500 N. Page Springs Rd__
(Business Address)

__Cornville, AZ 86325__
(City, State, Zip Code)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                    Case No.: 2:09-bk-06979-RTBP

ANDREW C BAILEY                           Chapter: 11
*Debtor(s)*

---

ANDREW C. BAILEY                          Adversary No.: 2:09-ap-01727-RTBP
*Plaintiff(s)*

v.

WELLS FARGO BANK NA
et al.
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, __ANDREW C BAILEY__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __1/4/2010__ by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Fidelity National Title Ins Co.
c/o CT Corporation
2394 East Camelback Rd, Phoenix, AZ 85016

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 1/4/2010

_Andrew C. Bailey_
(Signature)

ANDREW C. BAILEY
(Print Name)

2500 N. Page Springs Rd
(Business Address)

Cornville, AZ 86325
(City, State, Zip Code)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  
**ANDREW C BAILEY**  
*Debtor(s)*

Case No.: 2:09-bk-06979-RTBP

Chapter: 11

---

**ANDREW C. BAILEY**  
*Plaintiff(s)*

v.

**WELLS FARGO BANK NA**  
et al.  
*Defendant(s)*

Adversary No.: 2:09-ap-01727-RTBP

---

## CERTIFICATE OF SERVICE

I, __ANDREW C BAILEY__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __1/4/2010__ by:

[✓] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

WFMBS 2006-AR2  
9436 Medford Falls Ave,  
Las Vegas 89149

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __1/4/2010__   _____Andrew C. Bailey_____
                              (Signature)

__Andrew C. Bailey__
(Print Name)

__2500 N. Page Springs Rd__
(Business Address)

__Cornville, AZ 86325__
(City, State, Zip Code)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:09-bk-06979-RTBP

**ANDREW C BAILEY**
*Debtor(s)*  Chapter: 11

---

**ANDREW C. BAILEY**
*Plaintiff(s)*  Adversary No.: 2:09-ap-01727-RTBP

v.

**WELLS FARGO BANK NA**
et al.
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, ANDREW C BAILEY certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on 1/6/2010 by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

✓ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Bryan Marsal, CEO
Lehman Brothers Inc
c/o Lehman Bros Holding Inc
745 7th AVE

01/13/2010

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 1/6/2010

_____
(Signature)

ANDREW C. BAILEY
(Print Name)

2500 N. Page Springs Rd
(Business Address)

Cornville, AZ 86325
(City, State, Zip Code)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

NEW YORK NY 10019

| | | |
|---|---|---|
| Postage | $1.22 | 0643 |
| Certified Fee | $2.80 | 02  Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.02 | 01/06/2010 |

Sent To: Bryan Marsal CEO
Street, Apt. No.; or PO Box No. Lehman Bros Inc. 745 7th Ave
City, State, ZIP+4 NY, NY 10019

PS Form 3800, August 2006      See Reverse for Instructions

7009 0820 0000 4811 8002