# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: fagans | Date Created: 1/20/2010 |
| Case: 2:09−ap−01727−RTBP | Form ID: pdf008 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      ANDREW C. BAILEY      2500 N PAGE SPRINGS RD      CORNVILLE, AZ 86325

TOTAL: 1