WRIGHT, FINLAY & ZAK, LLP
Shahryar Bahmani Esq., Arizona SBN 025939
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Bailey/Pleadings/RJN - MTD)*
Tel: (949) 477-5050; Fax: (949) 477-9200
sbahmani@wrightlegal.net

Attorneys for Defendant, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREW C. BAILEY<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK NA a/k/a WELLS FARGO HOME MORTGAGE ET AL; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC; FIRST AMERICAN TITLE USURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; US BANK NA AS TRUSTEE FOR WFMBS 2006-AR2; WFMBS 2006-AR2; LEHMAN BROTHERS INC.; Doe Defendants "3001-4000".<br><br>Defendants. | Case No.: 2:09-bk-06979-RTBP<br><br>Adversary No.: 2:09-ap-01727-RTBP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT FIRST AMERICAN LOANSTAR TRUSTEE SERVICES' MOTION TO DISMISS**<br><br>**[Federal Rules of Evidence, Rule 201]**<br><br>Complaint filed: 12/23/2009 |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant FIRST AMERICAN LOANSTAR TRUSTEE SERVICES ("Loanstar"), requests, pursuant to Federal Rules of Evidence ("FRE"), Rule 201, that the Court take judicial notice of the following documents in connection with its Motion to Dismiss filed on January 21, 2010.

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT FIRST AMERICAN LOANSTAR TRUSTEE SERVICES' MOTION TO DISMISS

1. A Deed of Trust, recorded December 2, 2005 in the Los Angeles County Recorder's Office, bearing instrument number 05-2946072, a true and correct copy of which is attached hereto as Exhibit "1".

2. A Notice of Default and Election to Sell Under Deed of Trust, recorded December 22, 2008 in the Los Angeles County Recorder's Office, bearing instrument number 20082240421, a true and correct copy of which is attached hereto as Exhibit "2".

3. A Substitution of Trustee, recorded on January 23, 2009 in the Los Angeles County Recorder's Office, bearing instrument number 20090091821, a true and correct copy of which is attached hereto as Exhibit "3".

4. An Assignment of Deed of Trust, recorded on January 29, 2009 in the Los Angeles County Recorder's Office, bearing instrument number 2009117288, a true and correct copy of which is attached hereto as Exhibit "4".

5. A Notice of Trustee's Sale, recorded on March 23, 2009 in the Los Angeles County Recorder's Office e, bearing instrument number 20090410212, a true and correct copy of which is attached hereto as Exhibit "5".

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: February 2, 2010    By:    /s/ Leonard J. McDonald, Jr.
Shahryar Bahmani, Esq.
Attorneys for Defendant,
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES

2
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT FIRST AMERICAN LOANSTAR TRUSTEE SERVICES' MOTION TO DISMISS

ORIGINAL filed electronically with the United States Bankruptcy Court, District of Arizona, this 3RD day of February, 2010, and a copy mailed the 3RD day of February, 2010 to:

ANDREW C BAILEY
2500 N PAGE SPRINGS RD
CORNVILLE, AZ 86325
PRO SE

JOHN L BAXTER
P O BOX 1539
SISTERS, OR 97759

U.S. Trustee
U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

JENNIFER A. GIAIMO
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVE., #204
PHOENIX, AZ 85003-1706

LARRY LEE WATSON
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
PHOENIX, AZ 85003-1706

By:/s/ Paula D. Hillock