# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14716

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Andrew C. Bailey<br>    Debtor.<br><hr>Wells Fargo Bank, N.A.<br><br>    Movant,<br>vs.<br><br>Andrew C. Bailey, Debtor; Office of the US Trustee, Trustee.<br><br>    Respondents. | No. 2:09-bk-06979-RTBP<br><br>Adv. No. **2:09-ap-01727-RTBP**<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE |

STATE OF ARIZONA    )
                              )ss.
County of Maricopa   )

    I, Mark S. Bosco, under oath, depose and say:

    That on the 12th day of February, 2010, I mailed a copy of the Notice of Hearing on

…

Movant's Motions to Dismiss Adversary Proceeding in referenced to the above-captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Andrew C Bailey
2500 N Page Springs Rd
Cornville, Az 86325
Pro Se

John L Baxter
P O Box 1539
Sisters, Or 97759

U.S. Trustee
U.S. Trustee
Office Of The U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Az 85003

Jennifer A. Giaimo
Office Of The U.S. Trustee
230 N. First Ave., #204
Phoenix, Az 85003-1706

Larry Lee Watson
Office Of The U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Az 85003-1706

TIFFANY & BOSCO, P.A.

By_____
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, Arizona 85016

SUBSCRIBED AND SWORN to before me this 12th day of February, 2010.

My Commission Expires:

_____
Notary Public



OFFICIAL SEAL
McKINLEY SEDIG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 5, 2013