**SO ORDERED.**

Dated: March 24, 2010



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREW C. BAILEY, | (Chapter 13) |
| Plaintiff, | Case No. 2:09-bk-06979-RTBP |
| vs. | Adv. No. **2:09-ap-01727-RTBP** |
| WELLS FARGO BANK NA a/k/a WELLS FARGO HOME MORTGAGE ET AL; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC; FIRST AMERICAN TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INS CO; US BANK NA AS TRUSTEE FOR WFMBS 2006-AR2 (US BANK); WFMBS 2006-AR2; LEHMAN BROTHERS INC; JOHN DOES "3001-4000, | **ORDER STAYING DISCOVERY UNTIL AFTER ANSWER IS FILED** |
| Defendants. | |

The Court, having reviewed the Defendants Wells Fargo Bank N.A., U.S. Bank as Trustee for WFMBS 2006-AR2 and WFMBS 2006-AR2's (the "Defendants") Motion to Stay Discovery Until After Answer is Filed and good cause appearing,

IT IS HEREBY ORDERED that discovery is stayed in this matter until after the Court has ruled on the Defendants' pending Motion to Dismiss and, if denied, after the Defendants have filed an Answer to the Complaint.

DATED: _____

_____
Redfield T. Baum, Judge
United States Bankruptcy Court

-1-

| | |
|---|---|
| 1 | ORIGINAL lodged electronically with the United States Bankruptcy Court, District of Arizona, |
| 2 | this 12th day of February, 2010; |
| 3 | COPY mailed this 12th day of February, 2010 to: |
| 4 | Andrew C. Bailey |
|   | 2500 N. Page Springs Rd. |
| 5 | Cornville, AZ  86325 |
|   | Debtor, Pro Se |
| 6 | |
| 7 | John L. Baxter |
|   | P.O. Box 1539 |
| 8 | Sisters, OR  97759 |
| 9 | U.S. Trustee |
|   | Office of the U.S. Trustee |
| 10 | 230 North First Avenue, Suite 204 |
| 11 | Phoenix, AZ  85001706 |
| 12 | Jennifer A. Giaimo |
|   | Office of the U.S. Trustee |
| 13 | 230 N. First Avenue, Suite 204 |
| 14 | Phoenix, AZ  85003-1706 |
| 15 | Larry Lee Watson |
|   | Office of the U.S. Trustee |
| 16 | 230 North First Avenue, Suite 204 |
| 17 | Phoenix, AZ  85003-1706 |
| 18 | |
|   | /s/ Karen McElroy |
| 19 | 7000-003/424854 |