UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                            Case No.: 2:09–bk–06979–RTBP

    ANDREW C BAILEY                                Chapter: 11
*Debtor(s)*

---

    ANDREW C. BAILEY                               Adversary No.: 2:09–ap–01727–RTBP
*Plaintiff(s)*

*v.*

    WELLS FARGO BANK NA
    et al.
*Defendant(s)*

# NOTICE OF RESCHEDULED HEARING

    NOTICE IS HEREBY GIVEN that the hearing scheduled for 4/30/10 at 9:00 A.M. has been vacated on the Courts's own motion.

    This matter has been RESCHEDULED for hearing on 5/5/10 at 10:00 AM at 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum PCT Sr. to consider and act upon the following matter:

1) MOTION TO DISMISS ADVERSARY FILED BY FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC.

2)MOTION TO DISMISS ADVERSARY PROCEEDING FILED BY US BANK NA, WELLS FARGO BANK NA, WFMBS.

**Date: April 1, 2010**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                      **Brian D. Karth**
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Apr 03, 2010.
pla          +ANDREW C. BAILEY,   2500 N PAGE SPRINGS RD,   CORNVILLE, AZ 86325-6122

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          FIDELITY NATIONAL TITLE INS CO
dft          FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC
dft          FIRST AMERICAN TITLE INSURANCE COMPANY
dft          LEHMAN BROTHERS INC
dft          US BANK NA,   AS TRUSTEE FOR WFMBS
dft          WELLS FARGO BANK NA
dft          WFMBS
                                                                        TOTALS: 7, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2010**                    **Signature:**   *Joseph Speetjens*