**FILED**

JUN 1 4 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:                                         Case No.: 2:09-bk-06979-RTBP

ANDREW C BAILEY                                Chapter: 11
*Debtor(s)*

---

ANDREW C. BAILEY
*Plaintiff(s)*                                 Adversary No.: 2:09-ap-01727-RTBP

v.

WELLS FARGO BANK NA
et al.
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, __Andrew C Bailey_____ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on ___6/8/10_____ by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: Leonard MacDonald Attny for WF
Tiffany Bosco
2525 E Camelback Rd Ste 300

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 6/8/2010                              _____
                                                          (Signature)

ANDREW C. BAILEY
(Print Name)

2500 N. Page Springs Rd
(Business Address)

Cornville, AZ 86325
(City, State, Zip Code)



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $2.92 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.72 |

Sent To: Gerald McDowell/Nelson
Street, Apt. No.; or PO Box No.: 2525 E. Camelback Rd Ste 300
City, State, ZIP+4: Phoenix AZ 85016

PS Form 3800, August 2006         See Reverse for Instructions