2

# FILED

JUN 1 4 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

Case No.: 2:09–bk–06979–RTBP

ANDREW C BAILEY
*Debtor(s)*

Chapter: 11

ANDREW C. BAILEY
*Plaintiff(s)*

Adversary No.: 2:09–ap–01727–RTBP

v.

WELLS FARGO BANK NA
et al.
*Defendant(s)*

## CERTIFICATE OF SERVICE

I, __Andrew C Bailey_____ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __6/8/10_____ by:

☐ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
Statutory agent
Wells Fargo Bank NA
40 Corporation Service Co
2338 _____
Phoenix AZ 85021

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __6/8/2010__                   _Andrew C. Bailey_
                                              (Signature)

___Andrew C. Bailey_____
(Print Name)

___3500 N. Page Springs Rd_____
(Business Address)

___Cornville, AZ 86325_____
(City, State, Zip Code)



| U.S. Postal Service™ | | |
|---|---|---|
| **CERTIFIED MAIL™ RECEIPT** | | |
| *(Domestic Mail Only; No Insurance Coverage Provided)* | | |
| For delivery information visit our website at www.usps.com® | | |
| Postage | $ | $1.90 | 0039 |
| Certified Fee | | $2.80 | 14 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $4.70 | 06/08/2010 |

Sent To: Statutory Agent WF Bank NA
Street, Apt. No.; or PO Box No. C/O CT Service Company
City, State, ZIP+4 2338 W. Royal Palm Rd Ste J
Phoenix AZ 85021

PS Form 3800, August 2006        See Reverse for Instructions