**SO ORDERED.**



**Dated: July 08, 2010**

_____
**REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge**

Steven D. Jerome (#018420)
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: sjerome@swlaw.com
Attorneys for Wells Fargo Bank, N.A.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ANDREW C BAILEY,<br><br>　　　　　　Debtor.<br><br>ANDREW C. BAILEY,<br><br>　　　　　　Plaintiff,<br>v.<br><br>WELLS FARGO BANK NA ET AL.,<br><br>　　　　　　Defendants. | Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-06979-RTBP<br><br>Adversary Case No. 2:09-ap-01727-RTBP<br><br>**ORDER AUTHORIZING SUBSTITUTION OF COUNSEL** |

　　Based upon that certain *Application for Order Authorizing Substitution of Counsel*, and good cause appearing,

　　IT IS HEREBY ORDERED that Steven D. Jerome of the law firm SNELL & WILMER L.L.P., is substituted in place of Tiffany & Bosco, P.A., as counsel of record for Wells Fargo Bank, NA. ("Wells Fargo"). Effective immediately, all papers to be served on Wells Fargo in this case shall be served on Mr. Jerome as follows:

　　　　Steven D. Jerome
　　　　SNELL & WILMER L.L.P.
　　　　One Arizona Center
　　　　Phoenix, AZ 85004-2202
　　　　Email: sjerome@swlaw.com

　　**DATED AND SIGNED ABOVE.**

11691494