Steven D. Jerome (#018420)
Andrew V. Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: sjerome@swlaw.com
ahardenbrook@swlaw.com
Attorneys for Wells Fargo Bank, NA and US Bank, N.A., as
trustee for WFMBS 2006-AR2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Proceedings Under Chapter 11 |
| ANDREW C BAILEY, | Case No. 2:09-bk-06979-RTBP |
| Debtor. | Adversary Case No. 2:09-ap-01727-RTBP |
| ANDREW C. BAILEY, | **APPLICATION FOR ORDER AUTHORIZING SUBSTITUTION OF COUNSEL** |
| Plaintiff, | |
| v. | |
| WELLS FARGO BANK NA ET AL., | |
| Defendants. | |

Pursuant to Local Rule 9010-1(b), US Bank, N.A., as trustee for WFMBS 2006-AR2 (the "Trustee"), respectfully asks the Court to enter an Order[1] authorizing the substitution of Steven D. Jerome of the law firm SNELL & WILMER L.L.P. in place of Tiffany & Bosco, P.A., as counsel of record for the Trustee.

Mr. Jerome's contact information is:

Steven D. Jerome
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
Email: sjerome@swlaw.com

---

[1] A proposed form of order is attached hereto as **Exhibit "A".**

11722307

RESPECTFULLY SUBMITTED this 12th day of July, 2010.

| | |
|---|---|
| TIFFANY & BOSCO, P.A. | SNELL & WILMER L.L.P. |
| By:/s/ KPN (023381)<br>Kevin Patrick Nelson<br>Tiffany & Bosco, P.A.<br>2525 E. Camelback Road<br>Phoenix, AZ 85016-4237<br>Former Attorneys for Wells Fargo Bank, NA and US Bank, N.A. as trustee for WFMBS 2006-AR2 | By:/s/ AVH (025518)<br>Steven D. Jerome<br>Andrew V. Hardenbrook<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004-2202<br>Attorneys for Wells Fargo Bank, NA and US Bank, N.A. as trustee for WFMBS 2006-AR2 |

COPY of the foregoing served by
electronic notification or U.S. Mail on
July 9, 2010, to:

Andrew C. Bailey
2500 N. Page Springs RD
Cornville, AZ 86325
Debtor

Jennifer A. Giaimo
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov

First American Title Insurance Company
2910 N. 44th Street, Suite 210
Phoenix, AZ 85018

Fidelity National Title Insurance Company
c/o CT Corporation
2394 E. Camelback Road
Phoenix, AZ 85016


/s/ Jennette Golder
Jennette Golder

11722307

- 2 -

# EXHIBIT A

Steven D. Jerome (#018420)
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: sjerome@swlaw.com
Attorneys for Wells Fargo Bank, NA and US Bank, N.A., as
trustee for WFMBS 2006-AR2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ANDREW C BAILEY,<br><br>          Debtor.<br><br>ANDREW C. BAILEY,<br><br>          Plaintiff,<br>v.<br><br>WELLS FARGO BANK NA ET AL.,<br><br>          Defendants. | Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-06979-RTBP<br><br>Adversary Case No. 2:09-ap-01727-RTBP<br><br>**ORDER AUTHORIZING SUBSTITUTION OF COUNSEL** |

      Based upon that certain *Application for Order Authorizing Substitution of Counsel*, and good cause appearing,

      IT IS HEREBY ORDERED that Steven D. Jerome of the law firm SNELL & WILMER L.L.P., is substituted in place of Tiffany & Bosco, P.A., as counsel of record for US Bank, N.A., as trustee for WFMBS 2006-AR2 (the "Trustee"). Effective immediately, all papers to be served on Trustee in this case shall be served on Mr. Jerome as follows:

      Steven D. Jerome
      SNELL & WILMER L.L.P.
      One Arizona Center
      Phoenix, AZ 85004-2202
      Email: sjerome@swlaw.com

**DATED AND SIGNED ABOVE.**

11722312