Steven D. Jerome (#018420)
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: sjerome@swlaw.com
Attorneys for Wells Fargo Bank, NA and US Bank, N.A., as
trustee for WFMBS 2006-AR2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ANDREW C BAILEY,<br><br>         Debtor.<br><br>ANDREW C. BAILEY,<br><br>         Plaintiff,<br>v.<br><br>WELLS FARGO BANK NA ET AL.,<br><br>         Defendants. | Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-06979-RTBP<br><br>Adversary Case No. 2:09-ap-01727-RTBP<br><br>**ORDER AUTHORIZING SUBSTITUTION OF COUNSEL** |

Based upon that certain *Application for Order Authorizing Substitution of Counsel*, and good cause appearing,

IT IS HEREBY ORDERED that Steven D. Jerome of the law firm SNELL & WILMER L.L.P., is substituted in place of Tiffany & Bosco, P.A., as counsel of record for US Bank, N.A., as trustee for WFMBS 2006-AR2 (the "Trustee"). Effective immediately, all papers to be served on Trustee in this case shall be served on Mr. Jerome as follows:

>Steven D. Jerome
>SNELL & WILMER L.L.P.
>One Arizona Center
>Phoenix, AZ 85004-2202
>Email: sjerome@swlaw.com

**DATED AND SIGNED ABOVE.**

11722312