Steven D. Jerome (#018420)
Andrew V. Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: sjerome@swlaw.com
ahardenbrook@swlaw.com
Attorneys for Wells Fargo Bank, NA and US Bank, N.A., as trustee for WFMBS 2006-AR2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: <br><br> ANDREW C BAILEY, <br><br> Debtor. <br><br><br> ANDREW C. BAILEY, <br><br> Plaintiff, <br> v. <br><br> WELLS FARGO BANK NA ET AL., <br><br> Defendants. | Proceedings Under Chapter 11 <br><br> Case No. 2:09-bk-06979-RTBP <br><br> Adversary Case No. 2:09-ap-01727-RTBP <br><br><br> **NOTICE OF CONTINUED HEARING** <br><br> Date: July 22, 2010 <br> Time: 9:00 a.m. <br> Location: 230 N. First Ave. <br> 7th Floor, Courtroom 703, <br> Phoenix, AZ 85003 |

NOTICE IS HEREBY GIVEN that the hearing set for July 15, 2010 at 3:00 p.m. to consider the *Motion to Dismiss Second Amended Complaint for Lack of Standing, Void Contract, Damages for Fraud, False Representation, Predatory Lending, Quiet Title, Injunctive Relief* [D.E. 43] filed by Wells Fargo Bank, NA and US Bank, N.A., as trustee for WFMBS 2006-AR2 has been continued to **July 22 2010 at 9:00 a.m.,** at the 230 North First Avenue, 7th Floor, Court Room Number 703, Phoenix, Arizona. Those parties wishing to appear by phone may do so by calling 602-682-4198.

///

///

11726277

RESPECTFULLY SUBMITTED this 12th day of July, 2010.

SNELL & WILMER L.L.P.

By: /s/      AVH (025518)
Steven D. Jerome
Andrew V. Hardenbrook
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Wells Fargo Bank, NA and US Bank, N.A. as trustee for WFMBS 2006-AR2

COPY of the foregoing served by electronic notification or U.S. Mail on July 12, 2010, to:

Andrew C. Bailey
2500 N. Page Springs RD
Cornville, AZ 86325
Email: Andrew@cameronbaxter.net
Debtor

Jennifer A. Giaimo
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov

First American Title Insurance Company
2910 N. 44th Street, Suite 210
Phoenix, AZ 85018

Fidelity National Title Insurance Company
c/o CT Corporation
2394 E. Camelback Road
Phoenix, AZ 85016


/s/ Jennette Golder
Jennette Golder

11726277